UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD THOMAS, | Case No. 1:19-cv-01489-LJO-EPG (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| C. PFEIFFER, et al., | (ECF NO. 7) |
| Defendants. | |

Edward Thomas ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action.

On December 16, 2019, Plaintiff filed a motion for a sixty-day extension of time to file objections to the findings and recommendations dated November 18, 2019. (ECF No. 7). Plaintiff states that he needs an extension because his personal typewriter is broken, because he does not currently have access to legal property that he needs to adequately object to the findings and recommendations, and because he is going to be transported to a different institution for a court hearing.

///
///
///
///

1

The Court finds good cause to grant Plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff has sixty days from the date of service of this order to file his objections to the findings and recommendations dated November 18, 2019.

IT IS SO ORDERED.

Dated: __**December 19, 2019**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE