UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD N. THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01489-NONE-EPG (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(Doc. No. 13) |

　　　　Edward Thomas ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action.

　　　　On May 4, 2020, the Court issued an order finding that, pursuant to 28 U.S.C. § 1915(g), plaintiff is not allowed to proceed in forma pauperis in this action. (Doc. No. 13 at p. 3.) The Court also ordered plaintiff to pay the $400.00 filing fee within thirty days and warned plaintiff that if he did not pay the filing fee the action would be dismissed. (*Id.*)

　　　　The thirty-day period has expired and plaintiff has failed to pay the $400 filing fee. Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

IT IS SO ORDERED.

　Dated:　**July 11, 2020**　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1